UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY RECINOS,<br><br>                Plaintiff,<br>    v.<br>JUAN RECINOS,<br><br>               Defendants. | Case No. 3:23-cv-5546-RJB<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: AUGUST 18, 2023 |

On June 16, 2023, plaintiff filed a proposed complaint and an application to proceed *in forma pauperis* (Dkt. 1). Given the identified deficiencies in the proposed complaint, the Court did not grant plaintiff's IFP application. Plaintiff was given until July 21, 2023 to show cause why her complaint should not be dismissed or file an amended complaint. Dkt. 7.

Plaintiff filed a response to the order to show cause wherein she stated that "plaintiff has text messages from Realtor dealing with identity theft and property sale of her property without her permission. This court is letting Mr. Recinos get away with this by not aprehending him!" Dkt. 8 at 1. She attached 23 pages of documents related to her petition for writ of certiorari to the United States Supreme Court in separate cases. Dkt. 8 at 2-24. Plaintiff's response does not address this Court's jurisdiction to hear her claims. Accordingly, plaintiff's complaint should be dismissed for lack of subject matter jurisdiction.

REPORT AND RECOMMENDATION - 1

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on August 18, 2023, as noted in the caption.

Dated this 31st day of July, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge