UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIFFANY RECINOS,

                        Plaintiff,

        v.

JUAN RECINOS, et. al.,

                        Defendants.

CASE NO. 23-5546 RJB

ORDER DISMISSING CASE

        This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Theresa L. Fricke.  Dkt. 12.  The Court has reviewed the Report and Recommendation, the Plaintiff's objections, and the remaining record.  It is fully advised.

        On June 16, 2023, the Plaintiff filed an application to proceed *in forma pauperis* ("IFP") and a proposed complaint.  Dkts. 1 and 1-1.  The allegations in the proposed complaint include that her ex-husband, Defendant Juan Recinos, attempted to murder the Plaintiff, his failed to pay child support, and stole her inheritance.  Dkt. 1-1.  (This is one of eighteen cases the Plaintiff has filed this year.  *See e.g. Recinos v. Washington State Insurance Commissioner,* W.D. Wash. case

number 3:23-cv-5098 DGE; *Recinos v. State of Washington, et. al.,* W.D. Wash. case number 3:23-cv-5433 RSM; *Recinos v. Kreidler, et. al.,* W.D. Wash. case number 3:23-cv-5508 RJB; and *Recinos v. Mormon Church, et. al.,* W.D. Wash. case number 3:23-cv-5601 RJB.)  On July 5, 2023, the Plaintiff was informed of deficiencies in the proposed complaint and offered an opportunity to file a proposed amended complaint.  Dkt. 7.  The Plaintiff failed to file a proposed amended complaint and instead filed various other pleadings.  Dkts. 8-10.  The Report and Recommendation recommends dismissal of this case without prejudice for failure to state a claim because the Plaintiff has failed to demonstrate that the Court has jurisdiction over the claims asserted here.  Dkt. 12.

The Report and Recommendation (Dkt. 12) should be adopted.  The Plaintiff's objections do not address issues raised in the Court's prior orders or the Report and Recommendation.  The objections discuss Juan's alleged failure to pay child support, his whereabouts, his alleged theft of her property and state court proceedings.  These objections do not provide a basis to refuse to adopt the Report and Recommendation.  The Plaintiff's IFP application (Dkt. 1) should be denied.  This case should be dismissed without prejudice.

The Plaintiff has filed several frivolous pleadings in this case.  Accordingly, except for a notice of appeal, any further pleadings the Plaintiff files in this case will be docketed by the Clerk of the Court, but no action will be taken on them.

## **ORDER**

It is **ORDERED** that:

- The Report and Recommendation (Dkt. 12) **IS ADOPTED**;

- The Plaintiff's application to proceed IFP (Dkt. 1) **IS DENIED**;

- The case **IS DISMISSED WITHOUT PREJUDICE**; and

ORDER DISMISSING CASE - 2

- Except for a notice of appeal, any further pleadings filed by the Plaintiff in this case will be docketed, but no action will be taken on them.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 28th day of August, 2023.

ROBERT J. BRYAN
United States District Judge